# Court of Appeals
# of the State of Georgia

ATLANTA, September 16, 2025

*The Court of Appeals hereby passes the following order*

**A26D0056. GARY CAMPBELL v. GA DEPARTMENT OF HUMAN SERVICES, EX REL., KASHMIR CAMPBELL STERLING.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

23CV01991



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, September 16, 2025.

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*